IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



**FILED**

SEP 1 1 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-75-BLG-SPW-2 |
| Plaintiff, | |
| vs. | ORDER |
| HENRY FIREBEAR, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 55), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the competency hearing presently set for Thursday, September 17, 2020 at 10:30 a.m. is **VACATED.**

The clerk is directed to notify counsel of the entry of this Order.

DATED this 11th day of September, 2020.

*Susan P. Watters*

SUSAN P. WATTERS
United States District Judge